Dismissed and Memorandum
Opinion filed August 19, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00436-CR

____________

 

JEREMY DALE GREEN, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the County Criminal
Court at Law No. 8

Harris County, Texas

Trial Court Cause No. 1589598

 



 

MEMORANDUM
 OPINION

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court.  See Tex.
R. App. P. 42.2.  Because this court has not delivered an opinion, we grant
appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the
clerk of the court to issue the mandate of the court immediately.

PER CURIAM

 

Panel consists of Chief Justice
Hedges and Justices Yates and Boyce.

Do Not Publish C Tex. R. App. P. 47.2(b).